# Courtroom Minute Sheet
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS
## JUDGE RODNEY W. SIPPEL
## Courtroom 16South

Date  _12/7/2017_          Case No.  _4:17cr541 RWS_____
UNITED STATES vs.  _GALINA DAVIS_____
Courtroom Deputy  _Cheryl Ritter_____     Court Reporter  _Shannon White_____
Interpreter _____
AUSA:  _Dorothy McMurtry_____
Defendant's Counsel:  _Paul D'Agrosa_____

**WAIVER/ARRAIGNMENT/PLEA:**

( )     Defendant waives assistance of counsel   ▫ Waiver filed
( )     Arraignment continued until _____ at _____
( )     Defendant signs waiver of indictment/consents to proceed by information
( )     Information filed
(X)     Defendant waives reading of information
(X)     Defendant arraigned
(X)     Defendant enters plea of
          **(X) Guilty  ( )  Not Guilty** to  Count   _1__  of the Misdemeanor Information
( )     By leave of Court, defendant withdraws former plea of not guilty and enters a plea of
          **Guilty** to Counts  _____  of the indictment
(X)     Plea Agreement filed.
(X)     The Court:
          (X)   adopts and approves  ( )  the Stipulation of Facts     (X)  Plea Agreement
          ( )  defers the adoption of  ( ) the Stipulation of Facts     ( )  Plea Agreement
( )     Stipulation of Facts/Plea Agreement filed under seal
(X)     Sentencing set for   _March 9, 2018_____ at  _10:00 am_____
( )     Counts _____  held in abeyance until sentencing.
(X)     Probation Officer present in courtroom

Proceedings commenced at  _10:12 am_____     and concluded at  _10:33 am_____